**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7435**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

ARTHUR OUTLAW, a/k/a Ace, a/k/a Aceyon Rogers,

              Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Jackson L. Kiser, Senior District Judge.  (4:00-cr-70114-JLK-1)

Submitted:  February 16, 2012     Decided:  February 22, 2012

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arthur Alan Outlaw, Appellant Pro Se.  Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Alan Outlaw appeals the district court's order reducing his sentence under 18 U.S.C. § 3582(c)(2) (2006). Outlaw claims that the district court erred in its reduction calculation and in denying him a hearing. We find no such error. Accordingly, we affirm the district court's order. United States v. Outlaw, No. 4:00-cr-70114-JLK-1 (W.D. Va. Sept. 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED